MARGARET M. KOCHY v. G.M.A.C.

November 17, 1987.

Petition for certification denied.

A.P. DEVELOPMENT CORPORATION, T/A STONEY FIELDS
ESTATE v. THOMAS BAND AND KATHY BAND.

November 17, 1987.

Petition for certification granted.

GILBANE BUILDING COMPANY v. ACMAT CORPORATION.

November 17, 1987.

Petition for certification denied.

LOUISE AUGER v. THE GIONTI AGENCY AND THE
HARTFORD INSURANCE COMPANY.

November 17, 1987.

Petition for certification granted.   (See 218 *N.J.Super.* 360)